

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex Parte Jonathan Jason Anderson

No. 06-18-00102-CV

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. 2018-118). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's judgment and render judgment denying Anderson's petition for expunction. We also order that any documents turned over to the trial court or Anderson be returned to the submitting agencies.

We further order that the appellee pay all costs of this appeal.

RENDERED APRIL 4, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk